No. 32. CITY OF ATLANTA *v.* ICKES, SECRETARY OF THE INTERIOR. Argued November 7, 1939. Decided November 13, 1939. *Per Curiam:* The judgment is affirmed on the ground that the appellant has no standing to maintain the suit. *Tennessee Power Co.* v. *Tennessee Valley Authority,* 306 U. S. 118, 142; *Alabama Power Co.* v. *Ickes,* 302 U. S. 464, 478–479; *Sprunt & Son* v. *United States,* 281 U. S. 249, 255–256; *Aetna Life Insurance Co.* v. *Haworth,* 300 U. S. 227, 240–241. *Mr. J. C. Murphy,* with whom *Messrs. John A. McIntire* and *Charles S. Rhyne* were on the brief, for appellant. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern, Warner W. Gardner,* and *Abe Fortas* were on a brief for appellee.

No. —, original. EX PARTE WILLIAM BAYLEY. November 13, 1939. Motion for leave to file petition for writ of habeas corpus denied.